RECEIVED
SDNY PRO SE OFFICE
2016 SEP 27 AM 9:34

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christopher Salem

Write the full name of each plaintiff.

-against-

City of New York
Officer Baxter
Officer Selly

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**16CV7562**

No. _____
(To be filled out by Clerk's Office)

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Christopher     S     Salem
First Name      Middle Initial      Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

0906479914
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Rikers Island GMDC, C-73
Current Place of Detention

15-15 hazen street
Institutional Address

East Elmhurst, NY ; NY , 11370
County, City          State          Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV.  DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

_____ Baxter _____ _____
First Name         Last Name              Shield #

Sgt. SRG Gang unit (arresting officer)
Current Job Title (or other identifying information)

15-15 hazen Street
Current Work Address

East Elmhurst NY, NY   11370
County, City            State         Zip Code

Defendant 2:

_____ Selly _____ 15053
First Name         Last Name              Shield #

SRG Gang Unit (2nd arresting officer)
Current Job Title (or other identifying information)

15-15 hazen Street
Current Work Address

East Elmhurst NY, NY   11370
County, City            State         Zip Code

Defendant 3:

City Of New York   Rikers Island
First Name         Last Name              Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City            State         Zip Code

Defendant 4:

Bronx Criminal Court
First Name         Last Name              Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City            State         Zip Code

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Rikers Island, Bronx criminal court

Date(s) of occurrence: April 8th, 2016 and day of arrest.

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

In the month of March I was arrested for an assault that occurred the same day I was assaulted on January 26, 2016. I beat the ticket meaning the ticket was dismissed. I was arrested by the SRG unit which is a gang unit on rikers Island, and I was taken out of Gmdc facility to a facility to get finger-printed. While being finger printed I was harassed and laughed at for obtaining a new case. They said things such as "you stupid faxxot look at you know, you're going to be getting fuxx up a whole lot more." On April 8th was the date of the arraignment on the assault charges (Docket number 2016 Bx 015146) Officer Baxter and Selly were the arresting officers. And after the first arraignment is when I started experiencing depression, anxiety, paranoia, increased migraines, nausea, PTSD, emotional distress and lack of hope of going home to

my family, Resulting in Violation of my 5th Amendment by being unlawfully arrested, by malicious prosecution.

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

PTSD, Paranoia, Anxiety, depression, increased severe migraines, emotional distress, nausea defamation of character, unlawful arrest.

### VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

I believe I deserve a recompense of $130,000 for my sufferings.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 06/26/2016

Plaintiff's Signature

First Name: Christopher
Middle Initial: S
Last Name: Salem

Prison Address: 15-15 Hazen Street GMDC Rikers Island

County, City: East Elmhurst NY, NY
State: NY
Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: 06/16/2016

...ner Salem
...855 11
...azEn STreet
...Rikers Island
...mhurst, NY

United States District court
SOUTHERN District of New York
500 Pearl Street, New York, NY, 10007



